Caroline Faxon, plaintiff in error, v. W. J. Sloan, defendant in error. Gen. No. 32,001.

Error on order vacating judgment for plaintiff for damages from automobile collision. Error to the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Reversed and remanded with directions. Opinion filed February 9, 1928.

George F. Barrett and Charles V. Barrett, for plaintiff in error; William C. Wermuth and Edward L. Hoyer, of counsel. Simons, De Souchet & Contarsy, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Andrew Link, appellee, v. City of Chicago, appellant. Gen. No. 32,073.

Action for personal injuries from defective curb. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Charles M. McDonnell, Assistant City Attorney, E. Marshall Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

The Vocational Bureau, Inc., appellee, v. Walter P. Ortlund, appellant. Gen. No. 32,106.

Action on promissory note of minor. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Reversed and judgment here. Opinion filed February 9, 1928.

Klaas & Porter, for appellant; Harry H. Porter and Martin S. Gordon, of counsel. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Frank J. Murningham, trading as Frank J. Murningham & Company, appellee, v. John Henderson, appellant. Gen. No. 32,136.

Action for real estate broker's commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

O'Shaughnessy & O'Shaughnessy, for appellant. Stebbins, Garey, L'Amoreaux & Hurtubise, for appellee; Paul E. Keller, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.